1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

6 Attorneys for Defendant Mr. Morales-Alvares

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No.  08mj2105 |
| 12        Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 **SALVADOR MORALES-ALVARES**, | ) | |
| 15        Defendant. | ) | |

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Elizabeth M. Barros, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the
19 above-captioned case.

20                                                                         Respectfully submitted,

21 Dated: July 18, 2008                                *s/ Elizabeth M. Barros*
                                                                         Federal Defenders of San Diego, Inc.
22                                                                         Attorneys for Defendant
                                                                         elizabeth_barros@fd.org

1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 elizabeth_barros@fd.org

5 Attorneys for Mr. Morales-Alvarez

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj2105 |
| 12        Plaintiff, | ) ) | |
| 13 v. | ) ) | **PROOF OF SERVICE** |
| 14 **SALVADOR MORALES-ALVARES,** | ) ) | |
| 15        Defendant. | ) ) | |

16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20        **ASSISTANT UNITED STATES ATTORNEY**
       efile.dkt.gc1@usdoj.gov,

21

22 Dated: July 18, 2008                          _s/ Elizabeth M. Barros_
                                          **ELIZABETH M. BARROS**
23                                        Federal Defenders of San Diego, Inc.
                                          225 Broadway, Suite 900
24                                        San Diego, CA 92101-5030
                                          (619) 234-8467 (tel)
25                                        (619) 687-2666 (fax)
                                          e-mail: elizabeth_barros@fd.org

26

27

28