UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj2105 |
| | ) | |
| vs. | ) | ORDER |
| Salvador Morales-Alvares | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

2008 JUL 18 P 3:55
S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Garcia-Jimenez

DATED: 7/18/08

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by J. PARIS
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082