# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. _08mj 2105_ |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Salvador Morales- ) | |
| Alvarez ) | Booking No. |
| Defendant(s) ) | |

On order of the United States ~~District~~/Magistrate Judge,    **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Maria Garcia-Jimenez

DATED: ____7/24/08____

**LOUISA S. PORTER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    **OR**
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk